Form 3A (10/05)

# United States Bankruptcy Court
### North District Of Illinois

In re  Jason Tucker and Tracy Tucker , Debtor

Case No. 07-15574

Chapter 7

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ 299.00  in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ 74.75   Check one ☐ With the filing of the petition, or
   ☒ On or before  09/06/2007

   $ 74.75   on or before  09/21/2007

   $ 74.75   on or before  10/05/2007

   $ 74.75   on or before  10/19/2007

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
AUG 28 2007
KENNETH S. GARDNER, CLERK
PS REP. - SJ

\* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____   _____
Signature of Attorney         Date

_____
Name of Attorney

_____   8-28-07
Signature of Debtor           Date
(In a joint case, both spouses must sign.)

_____   8-28-07
Signature of Joint Debtor (if any)   Date